UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| GEORGE A. JACOBSON, | CIV. NO. 12-984 (PJS/JSM) |
| Plaintiff, | ORDER |
| v. | |
| MICHAEL J. ASTRUE, | |
| Commissioner of Social Security, | |

This matter is before the Court on the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated August 6, 2013. No objections have been filed to that Report and Recommendation in the time period permitted.

Based on the Report and Recommendations of the Magistrate Judge and upon all of the files, records and proceedings herein, the Court now makes and enters the following Order.

IT IS HEREBY ORDERED that:

1. Plaintiff's Motion for Summary Judgment [Docket No. 10] is **GRANTED** in part and **DENIED** in part and this matter remanded for further consideration consistent with the Magistrate Judge's Report.

2. Defendant's Motion for Summary Judgment [Docket No. 13] is **DENIED.**

Dated: 8/28/2013

s/Patrick J. Schiltz
Patrick J. Schiltz
United States District Court